CELO v. STATE.   (No. 3622.)

(Court of Criminal Appeals of Texas. June 16, 1915. Rehearing Denied Oct. 13, 1915.)

CRIMINAL LAW ☞1099—APPEAL—BILLS OF EXCEPTION—MISDEMEANOR.

After conviction for unlawfully carrying a pistol, which is a misdemeanor, a statement of facts not filed until 81 days after adjournment of the county court will be stricken.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2866–2880; Dec. Dig. ☞1099.]

Appeal from Harris County Court at Law; C. C. Wren, Judge.

George Celo was convicted of unlawfully carrying a pistol, and he appeals. Affirmed.

A. D. Austin, of Houston, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of unlawfully carrying a pistol, and prosecutes this appeal.

The term of court at which he was tried adjourned October 31, 1914. No bills of exception are in the record, and the statement of facts shows to not have been approved nor filed until January 20, 1915—81 days after court adjourned. This being a misdemeanor, the state's motion to strike out the statement of facts is sustained.

The judgment is affirmed.